United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-12662-sr
Dania E. Walton                                                                 Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: DonnaR                Page 1 of 2              Date Rcvd: Aug 03, 2017
                            Form ID: 318                Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2017.
```
db              +Dania E. Walton,    28 S. Vassar Drive,    Quakertown, PA 18951-2213
13901997        +AR Resources, Inc.,    PO Box 1056,    Blue Bell, PA 19422-0287
13901995        +Abington Emergency Physician Associates,    1200 Old York Road,    Abington, PA 19001-3720
13901996        +Abington Women's Healthcare Grp.,    2300 Computer Avenue,    E-25,
                  Willow Grove, PA 19090-1737
13902007         Eastern Emergeny Physicians,    70o E. Norweigian Street,    Pottsville, PA 17901-2710
13902011        +Grand View Hospital,    700 Lawn Avenue,    Sellersville, PA 18960-1587
13902012         Grandview Anesthesia Associates,    700 Lawn Avenue,    Sellersville, PA 18960-1548
13902013         Grandview Emer. Med. Assoc.,    PO Box 95000-3450,    Philadelphia, PA 19195-0001
13902014        +Grandview Hospital,    700 Lawn Avenue,    Sellersville, PA 18960-1587
13902015         Grandview Radiology,    711 Lawn Avenue,    Building 1,    Sellersville, PA 18960-1575
13902016        +Home Depot Credit Services,    PO Box 790328,    Saint Louis, MO 63179-0328
13902021        +LMG Family Practice,    1019 S. Broad Street,    Lansdale, PA 19446-5338
13902022        +Loan Depot,   26642 Towne Centre Drive,    Foothill Ranch, CA 92610-2808
13902023         Maitz Home Services,    3320 Hamilton Blvd.,    Allentown, PA 18103-4525
13903067        +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13902024         Penn Credit Corporation,    PO Box 988,    Harrisburg, PA 17108-0988
13902032         TruMark Financial Credit Union,    PO Box 8127,    Trevose, PA 19053
13902033         Vital Recovery Services, Inc.,    PO Box 923748,    Norcross, GA 30010-3748
13902034        +Volunteer Medical Services Corps,    175 Medical Campus Drive,    Lansdale, PA 19446-1260
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: bankruptcy@phila.gov Aug 04 2017 01:32:21     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 04 2017 01:31:56
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 04 2017 01:32:19     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13901999         EDI: BANKAMER.COM Aug 04 2017 01:23:00      Bank of America,    PO Box 982235,
                  El Paso, TX 79998-2235
13902000        +E-mail/Text: banko@berkscredit.com Aug 04 2017 01:31:54     Berks Ccredit & Collections,
                  900 Corporate Drive,    Reading, PA 19605-3340
13902003         EDI: CAPITALONE.COM Aug 04 2017 01:23:00      Capital One,    PO Box 30285,
                  Salt Lake City, UT 84130-0285
13904621        +EDI: AISACG.COM Aug 04 2017 01:23:00      Capital One Auto Finance,
                  c/o Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
13902005         EDI: CAPONEAUTO.COM Aug 04 2017 01:23:00      Capital One Auto Finance,    PO Box 60511,
                  City of Industry, CA 91716-0511
13902006        +EDI: RCSFNBMARIN.COM Aug 04 2017 01:23:00      Credit One Bank,    PO Box 98873,
                  Las Vegas, NV 89193-8873
13902018        +EDI: IRS.COM Aug 04 2017 01:23:00     IRS,    PO Box 7346,    Philadelphia, PA 19101-7346
13902019        +E-mail/Text: csd1clientservices@cboflanc.com Aug 04 2017 01:32:39     Lancaster Collections,
                  218 W. Orange Street,    Lancaster, PA 17603-3746
13902020        +E-mail/Text: bk@lendingclub.com Aug 04 2017 01:32:38     Lending Club,    71 Stevenson Street,
                  Suite 300,    San Francisco, CA 94105-2985
13902025        +E-mail/Text: bankruptcyteam@quickenloans.com Aug 04 2017 01:32:18      Quicken Loans, Inc.,
                  ATTN: Client Relations,    1050 Woodward Avenue,    Detroit, MI 48226-1906
13902027         EDI: STF1.COM Aug 04 2017 01:23:00     SunTrust Bank,    PO Box 85024,    Richmond, VA 23285-5024
13902028         EDI: RMSC.COM Aug 04 2017 01:23:00     Synchrony Bank,     ATTN: Bankruptcy Dept.,
                  PO Box 965061,    Orlando, FL 32896-5061
13902029         EDI: RMSC.COM Aug 04 2017 01:23:00     Synchrony Bank (Amazon),     ATTN: Bankruptcy Dept.,
                  PO Box 965060,    Orlando, FL 32896-5060
13902030         EDI: RMSC.COM Aug 04 2017 01:23:00     Synchrony Bank (Care Credit),     ATTN: Bankruptcy Dept.,
                  PO Box 965060,    Orlando, FL 32896-5060
13902031         EDI: TFSR.COM Aug 04 2017 01:23:00     Toyota Financial Services,     ATTN: Bankruptcy Dept.,
                  PO Box 8026,    Cedar Rapids, IA 52409-8026
13902036        +EDI: WFFC.COM Aug 04 2017 01:23:00     Wells Fargo Financial Nat'l Bank,
                  Bankruptcy Department,    800 Walnut Street,    Des Moines, IA 50309-3605
                                                                                               TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13901998*       +AR Resources, Inc.,    PO Box 1056,    Blue Bell, PA 19422-0287
13902001*       +Berks Ccredit & Collections,    900 Corporate Drive,    Reading, PA 19605-3340
13902002*       +Berks Ccredit & Collections,    900 Corporate Drive,    Reading, PA 19605-3340
13902004*        Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
13902008*        Eastern Emergeny Physicians,    70o E. Norweigian Street,    Pottsville, PA 17901-2710
13902010*       +Federal Bond & Collection Services,    2200 Byberry Road,    Hatboro, PA 19040-3739
13902017*       +Home Depot Credit Services,    PO Box 790328,    Saint Louis, MO 63179-0328
13902026*       +Quicken Loans, Inc.,    ATTN: Client Relations,    1050 Woodward Avenue,    Detroit, MI 48226-1906
13902035*       +Volunteer Medical Services Corps,    175 Medical Campus Drive,    Lansdale, PA 19446-1260
```

```
District/off: 0313-2          User: DonnaR                Page 2 of 2                  Date Rcvd: Aug 03, 2017
                              Form ID: 318                Total Noticed: 38
```

```
13902009      ##+Federal Bond & Collection Services,   2200 Byberry Road,   Hatboro, PA 19040-3739
                                                                                 TOTALS: 0, * 9, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2017 at the address(es) listed below:
```
              BONNIE B. FINKEL    finkeltrustee@comcast.net,  NJ69@ecfcbis.com;Finkeltrustee@comcast.net
              DIANA M. DIXON    on behalf of Debtor Dania E. Walton dianamdixonesq@gmail.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Quicken Loans, Inc. bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Dania E. Walton** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–8285** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | |
| Case number:   **17–12662–sr** | | |

# Order of Discharge                                                                                               12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Dania E. Walton
   aka Dania E. Piersaint

<u>8/3/17</u>                                                                **By the court:**   <u>Stephen Raslavich</u>
                                                                                                  United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

Official Form 318                                **Order of Discharge**                                page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**